UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TYRON TROTMAN,<br><br>                Defendant. | No. 17-cr-495-11 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of the attached letter from Defendant requesting that the Court "correct the calculation" regarding whether he is to serve his federal prison term and his New Jersey state prison terms concurrently. The Court reminds Defendant that at sentencing, it stated:

> Mr. Trotman was arrested in May and June of 2017, before the arrest for what ends up being this case. Those involved larger quantities of heroin. Those quantities of heroin are not part of this sentencing. I'm not sentencing those possessions as relevant conduct. So that is not part of my calculus. It may be that the New Jersey courts and the New Jersey judge, if, in fact, Mr. Trotman is charged and convicted and sentenced for those crimes, will conclude that any sentence ought to be consecutive. That is up to the New Jersey Judge. I'm not going to pass on that.

Doc. No. 327 at 58. Accordingly, the Court declines to take any action on Defendant's request.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

SO ORDERED.

Dated:      June 24, 2020
               New York, New York

                                                        RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                       Sitting by Designation

To: Honorable Judge Sullivan

This is Tyron Trotman #77544-054

I'm currently incarcenrated in Northern State Prison. "State Prison"

I Am dealing with an issue that you told me during sentencing if it present itself you were willing to help me out. I was recently to a state Prison term of 5 years with a 2½ stint running concurrent to my 60 month federal sentence and as of recently when I went to parole they weren't sure if my time in Federal was running concurrent. As I recall you told me if the state were willing to do it, you were too. I'm just really trying to get home to my kids so if you can help correct the calculation I will highly appreciate or even look into the matter for me so I can have some form of relief. I been locked for all charges since July 3, 2017 until now my Public defender said she file some form

of motions to make sure. But I like to hear from you cause I know what you stand on especially during this time of grief I want to be able to show my family the growth and development I made during this time If you can at your earliest convience let me know if my time is still going over there so I can know how much I have to do please Thank you and if possible I would like to finish my time over there

your Truly

Tyron Trotman